Johns *v.* Johns, Appellant.

Submitted November 25, 1975. *William D. Boyle,* for appellant; *Jon M. Lewis,* for appellee.
Order affirmed.

McCort, et ux., Appellants, *v.* Blue Cross of Greater Philadelphia, et al.

Submitted September 11, 1975. *Gerald Jay Pomerantz,* for appellants; *Jay H. Calvert, Jr., Gregory M. Harvey,* and *Morgan, Lewis & Bockius,* for appellees.
Order affirmed.

Pittman, Appellant, *v.* Pittman.

Submitted September 8, 1975. *Carl Soifer,* for appellant; *Walter Walkenhorst* and *David Kraut,* for appellee.
Order affirmed.